**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:      In re Charles Thompson and Cindy Thompson

Appellate case number:    01-17-00703-CV

Trial court case number:   CV21042

Trial court:               344th District Court of Chambers County

      Relators, Charles Thompson and Cindy Thompson, have filed a petition for writ of mandamus challenging the trial court's July 29, 2017 order denying their motion to dismiss for lack of jurisdiction. The Court requests that the real party in interest respond to the petition for writ of mandamus by no later than **October 3, 2017**.

      It is so ORDERED.

Judge's signature: /s/ Harvey Brown
                  Acting individually


Date: September 19, 2017